23-12539

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FEDERAL TRADE COMMISSION,

*Plaintiff-Appellee,*

v.

FLEETCOR TECHNOLOGIES, INC., and RONALD CLARKE,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Georgia

**APPELLANTS' UNOPPOSED MOTION TO CHANGE
PARTY NAME AND AMEND THE STYLE OF THE APPEAL**

Noel J. Francisco
Hashim M. Mooppan
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com
hmmooppan@jonesday.com

Donald B. Verrilli, Jr.
Ginger D. Anders
Andra Lim
J. Kain Day
Daniel J. Kane
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW
 Suite 500E
Washington, DC 20001
(202) 220-1100
Donald.Verrilli@mto.com
Ginger.Anders@mto.com

*Counsel for Appellants*

No. 23-12539
*FTC v. FleetCor Techs., Inc.*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 27-1, Appellant Corpay, Inc. (NYSE: CPAY), formerly known as FleetCor Technologies, Inc. (NYSE: FLT), states as follows:

Corpay, Inc., a publicly traded company, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

# AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3 and 27-1, counsel certifies that the following persons and entities may have an interest in the outcome of this case:

1. Anders, Ginger D. of Munger Tolles & Olson LLP, Counsel for Appellants;

2. Boutros, Michael Awni, Counsel for Appellee Federal Trade Commission;

3. Caleb, Jessica Arnold of Caplan Cobb LLP, Counsel for Appellants;

4. Caplan Cobb LLP, Counsel for Appellants;

5. Caplan, Michael A. of Caplan Cobb LLP, Counsel for Appellants;

6. Clarke, Ronald, Appellant;

7. Dasgupta, Anisha S., Federal Trade Commission General Counsel;

8. Day, J. Kain of Munger Tolles & Olson LLP, Counsel for Appellants;

C-1

9. Doty, James, Counsel for Appellee Federal Trade Commission;

10. Downing, Levi M. of Kelley Drye & Warren, Counsel for Appellant Ronald Clarke;

11. Federal Trade Commission, Appellee;

12. Corpay, Inc. (NYSE: CPAY), f/k/a FleetCor Technologies, Inc. (NYSE: FLT), Appellant (changed);

13. Francisco, Noel J. of Jones Day, Counsel for Appellant Corpay, Inc., f/k/a FleetCor Technologies, Inc. (changed);

14. Frassetto, Brittany Kaye, Former Counsel for Appellee Federal Trade Commission;

15. Friley, Jesselyn, Counsel for Appellee Federal Trade Commission;

16. Glassman, Mark L., Counsel for Appellee Federal Trade Commission;

17. Goetz, Mariel, Federal Trade Commission attorney;

18. Grossman, Bradley, Federal Trade Commission attorney;

19. Hanks, Daniel, Counsel for Appellee Federal Trade Commission;

20. Hay, Daniel J. of Sidley Austin LLP, Counsel for Appellant Corpay, Inc., f/k/a FleetCor Technologies, Inc. (changed);

21. Hoffman, Matthew M., Counsel for Appellee Federal Trade Commission;

22. Hopson, Mark D. of Sidley Austin LLP, Counsel for Appellant Corpay, Inc., f/k/a FleetCor Technologies, Inc. (changed);

23. Jones Day, Counsel for Appellant Corpay, Inc., f/k/a FleetCor Technologies, Inc. (changed);

24. Kane, Daniel J. of Munger Tolles & Olson LLP, Counsel for Appellants;

25. Kane, Thomas, Former Counsel for Appellee Federal Trade Commission;

26. Kelley Drye & Warren, Counsel for Appellant Ronald Clarke;

27. Kost, Thomas Charles, Former Counsel for Appellee Federal Trade Commission;

28. Leach, Christopher, Former Federal Trade Commission attorney;

29. Lim, Andra of Munger Tolles & Olson LLP, Counsel for Appellants;

30. Madden, Gregory J., Counsel for Appellee Federal Trade Commission;

31. Mooppan, Hashim M. of Jones Day, Counsel for Appellant Corpay, Inc., f/k/a FleetCor Technologies, Inc. (changed);

32. Mundel, Benjamin M. of Sidley Austin LLP, Counsel for Appellant Corpay, Inc., f/k/a FleetCor Technologies, Inc. (changed);

33. Munger Tolles & Olson LLP, Counsel for Appellants;

34. Nawaday, Jaimie L. of Kelley Drye & Warren, Former Counsel for Appellant Ronald Clarke;

35. Rothfarb, Lisa, Counsel for Appellee Federal Trade Commission;

36. Sidley Austin LLP, Counsel for Appellant Corpay, Inc., f/k/a FleetCor Technologies, Inc. (changed);

37. Stone, Julia Blackburn of Caplan Cobb LLP, Counsel for Appellants;

38. Tankersley, Michael E., Counsel for Appellee Federal Trade Commission;

39. Totenberg, Amy, U.S. District Judge;

40. Verrilli, Donald B. of Munger Tolles & Olson LLP, Counsel for Appellants;

41. Villafranco, John E. of Kelley Drye & Warren, Counsel for Appellant Ronald Clarke

Date: April 15, 2024

s/ Donald B. Verrilli, Jr.

Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW
 Suite 500E
Washington, DC 20001
(202) 220-1100
Donald.Verrilli@mto.com

Pursuant to Eleventh Circuit Rule 26.1-4, Appellants FleetCor Technologies, Inc. and Ronald Clarke state:

1. On March 25, 2024, FleetCor Technologies, Inc. (NYSE: FLT) changed its name to Corpay, Inc. (NYSE: CPAY). *See FLEETCOR Announces Rebranding to Corpay*, (Mar. 7, 2024), https://www.corpay.com/corporate-newsroom/17431/fleetcor-announces-rebranding-to-corpay.

2. Accordingly, Appellants request that the name of Appellant FleetCor Technologies, Inc. be changed to Corpay, Inc. in this action and that the caption be amended to reflect that party name.

3. The CIP included with this motion has been revised to add the intended new identification.

WHEREFORE, Appellants FleetCor Technologies, Inc. and Ronald Clarke request that the Court enter an order permitting the name "Corpay, Inc." in place of "FleetCor Technologies, Inc." as Appellant in this action and amending the caption accordingly, as set forth above.

Date: April 15, 2024						Respectfully submitted,

/s Donald B. Verrilli, Jr.

| | |
|---|---|
| Noel J. Francisco | Donald B. Verrilli, Jr. |
| Hashim M. Mooppan | Ginger D. Anders |
| JONES DAY | Andra Lim |
| 51 Louisiana Ave. NW | J. Kain Day |
| Washington, DC 20001 | Daniel J. Kane |
| (202) 879-3939 | MUNGER, TOLLES & OLSON LLP |
| njfrancisco@jonesday.com | 601 Massachusetts Ave. NW |
| hmmooppan@jonesday.com |   Suite 500E |
| | Washington, DC 20001 |
| | (202) 220-1100 |
| | Donald.Verrilli@mto.com |
| | Ginger.Anders@mto.com |

*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume and word limits of Fed. R. App. P. 27(d) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 129 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point, Times New Roman.

Date: April 15, 2024                                    s/ Donald B. Verrilli, Jr.
                                                        Donald B. Verrilli, Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system.  All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: April 15, 2024                                         s/ Donald B. Verrilli, Jr.
                                                                                       Donald B. Verrilli, Jr.